UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14013-CR-MIDDLEBROOKS/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TALIQUE MCKENZIE,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** comes before this Court upon an Order of Reference. Having conducted a change of plea hearing on May 16, 2019, this Court recommends to the District Court as follows:

1. On May 16, 2019, this Court convened a hearing to permit the Defendant to change his plea in this criminal case. At the hearing's outset, this Court advised the Defendant of his right to have the District Judge assigned to this case conduct this proceeding. This Court advised the Defendant that it was conducting the Change of Plea Hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. This Court advised the Defendant that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing.

2. This Court advised the Defendant that he did not have to permit the undersigned United States Magistrate Judge to conduct this hearing but could request a United States District Judge to conduct the Change of Plea Hearing instead. The Defendant, the Defendant's attorney,

and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the Change of Plea Hearing.

3. This Court conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is no written plea agreement in this case. Therefore this Court read the Indictment to the Defendant. The Indictment charges the Defendant with stealing firearms from a business licensed to engage in the business of importing, manufacturing or dealing in firearms in violation of Title 18, United States Code, Section 922(u). The Defendant acknowledged that he understands the charge in the Indictment and wished to plead guilty to the sole count of the Indictment.

5. The Government announced the possible maximum penalties that the Defendant is facing. The Defendant acknowledged that he understands the possible maximum penalties that could be imposed in this case.

6. The Government announced the facts it could prove if this case proceeded to trial. Defendant acknowledged his complete understanding of the Government's statement, and agreed it was an accurate statement of the facts as Defendant understands them to be. The Defendant agreed that the Government could prove these facts against him were a trial to be held in this matter. This Court finds that the Government's factual proffer sets forth all of the essential elements of the crime to which the Defendant is pleading guilty.

7. Based on the foregoing and the plea colloquy that this Court conducted, this Court recommends to the District Court that the Defendant be found to have freely and voluntarily entered his guilty plea to the sole count of the Indictment, and that the Defendant be adjudicated guilty of that offense.

8. The United States Probation Office will conduct a pre-sentence investigation and will issue a report for sentencing purposes. This Court notes that the Sentencing Hearing is set for **Wednesday, July 24, 2019 at 10:30 a.m. before District Judge Donald M. Middlebrooks at the United States Courthouse, 701 Clematis Street, 2nd Floor, West Palm Beach, Florida 34950**.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's plea of guilty to the sole count of the Indictment be accepted; that the Defendant be adjudicated guilty of the offense to which he pleads guilty; and that a sentencing hearing be conducted for final disposition of this case.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald M. Middlebrooks, the United States District Judge assigned to this case. Pursuant to Federal Rule of Criminal Procedure 59(b)(2), failure to file a timely objection to this Report and Recommendation waives the party's right to review, and it bars the party from attacking on appeal any legal rulings or fact findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 17th day of May, 2019.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE